UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GILBERTO ROJAS PEDROZA, | ) |
| Petitioner, | ) |
| v. | ) No. 1:26-cv-00203-SEB-TAB |
| SAMUEL OLSEN Director of Chicago Field Office, U.S. Immigration and Customs Enforcement, *et al.*, | ) |
| Respondents. | ) |

**ORDER TO SUPPLEMENT RESPONSE TO ORDER TO SHOW CAUSE**

Gilberto Rojas Pedroza filed a petition for a writ of habeas corpus and an accompanying motion for preliminary injunctive relief. Dkts. 1, 2. The petition alleges that Mr. Rojas Pedroza was arrested by Indiana State Police on January 23, 2026; taken to a jail in Kentucky; and eventually moved to the Clay County Jail. On January 28, his attorney learned that he was detained at the direction of U.S. Immigration and Customs Enforcement (ICE). The petition alleges that, as of January 30, Mr. Rojas Pedroza had not been presented with any notification of the basis for his detention or any opportunity to challenge his continued detention. He contends that his arrest and detention violate the Fifth Amendment, 8 U.S.C. § 1357, and related regulations.

The Court ordered the respondents to answer the petition and the motion for preliminary injunctive relief by February 6, 2026. Dkt. 6. Dkt. 1 ¶¶ 58–63.

The federal respondents answered on February 4. Dkt. 6. The response contends that Mr. Rojas Pedroza is lawfully detained pursuant to 8 U.S.C. § 1225. It does not address the argument raised in the petition, and it does not even acknowledge the motion for preliminary injunction. Certainly, the respondents may oppose a habeas petition by arguing that detention is lawful on

grounds not addressed by the petitioner. However, the respondents offer no assistance or guidance in resolving the petitioner's claims when they raise new issues without also addressing the arguments raised by the petitioner.

The federal respondents will have **through the original February 6 deadline** to **supplement** their response to the show-cause order and specifically address (a) the arguments presented in the habeas petition, and (b) the motion for preliminary injunction. If those issues are moot or lack merit, the respondents must state why.

**IT IS SO ORDERED.**

Date: 2/5/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kristen Maree Barrow
Law Office of Kristen Barrow
kristenmbarrow@gmail.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov